IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MARINO,<br><br>    Plaintiff,<br><br>    v.<br><br>XAVIER BECCERA, et al.,<br><br>    Defendants. | Case No. 17-cv-05118-CRB<br><br>**ORDER DISMISSING WITH PREJUDICE** |

The Court dismissed the complaint in this case with leave to amend on Oct. 2, 2017, and ordered Plaintiff Daniel Marino to amend the complaint if he wished to do so within 60 days. That deadline has passed, and Marino has not filed an amended complaint. Accordingly, the Court **DISMISSES THE CASE WITH PREJUDICE.** Should Marino wish to appeal this order, he is directed to consult the Northern District of California's pro se handbook, available at https://cand.uscourts.gov/prosehandbook.

**IT IS SO ORDERED.**

Dated: Dec. 4, 2017

_____
CHARLES R. BREYER
United States District Judge